[No. 43218-4-I.   Division One.   September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT STEVEN EMERY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00039-9, Marilyn R. Sellers, J., entered August 28, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43276-1-I.   Division One.   September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DAVID BAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07336-7, Richard M. Ishikawa, J., entered August 6, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43354-7-I.   Division One.   September 13, 1999.]

*In the Matter of the Marriage of* MARIE V. GREENWOOD, *Appellant*, and JOHN E. GREENWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 89-3-00144-4, Alan R. Hancock, J., entered August 31, 1998. *Remanded* by unpublished per curiam opinion.

[No. 43498-5-I.   Division One.   September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00757-1, Sharon S. Armstrong, J., entered September 25, 1998. *Affirmed* by unpublished per curiam opinion.